# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN HILARIO SERRANO DE LEON,<br><br>Petitioner,<br><br>v.<br><br>ON HABEAS CORPUS,<br><br>Respondent. | Case No. 1:25-cv-01867-JLT-EPG-HC<br><br>ORDER REGARDING APPOINTMENT OF COUNSEL<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE ORDER AND COPY OF PETITION ON FEDERAL DEFENDER |

Petitioner is an immigration detainee proceeding *pro se* with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

There currently exists no absolute right to appointment of counsel in habeas proceedings. See, e.g., Chaney v. Lewis, 801 F.2d 1191, 1196 (9th Cir. 1986); Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958). However, 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the proceeding for financially eligible persons if "the interests of justice so require." To determine whether to appoint counsel, the "court must evaluate the likelihood of success on the merits as well as the ability of the petitioner to articulate his claims *pro se* in light of the complexity of the legal issues involved." Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

In light of Petitioner's allegations that he was called and told to report in person and was detained on September 5 upon arrival, (ECF No. 1 at 3), the Court finds that the interests of

justice would be served by the appointment of counsel *if Petitioner is financially eligible* given the complexity of the legal issues involved.

Accordingly, the Court HEREBY ORDERS:

1. The matter is hereby referred to the Federal Public Defender's Office to find counsel for Petitioner if Petitioner is financially eligible for appointment of counsel pursuant to 18 U.S.C. § 3006A(a)(2)(B).
2. Within **SEVEN (7) days** of the date of service of this order, a notice shall be filed with the Court by the Federal Public Defender's Office regarding whether Petitioner is financially eligible for appointment of counsel.
3. The Clerk of the Court shall serve a copy of this order and the petition for writ of habeas corpus on the Federal Defender, Attention: Habeas Appointment.

IT IS SO ORDERED.

Dated: __December 23, 2025__          /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

2