# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN HILARIO SERRANO DE LEON,<br><br>Petitioner,<br><br>v.<br><br>ON HABEAS CORPUS,<br><br>Respondent. | Case No. 1:25-cv-01867-JLT-EPG-HC<br><br>ORDER DIRECTING FEDERAL DEFENDER TO FILE NOTICE<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE ORDER ON FEDERAL DEFENDER |

    Petitioner is an immigration detainee proceeding *pro se* with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    On December 23, 2025, the Court found that "[i]n light of Petitioner's allegations that he was called and told to report in person and was detained on September 5 upon arrival, (ECF No. 1 at 3), . . . the interests of justice would be served by the appointment of counsel *if Petitioner is financially eligible* given the complexity of the legal issues involved." (ECF No. 3 at 1–2.) The Court referred the matter to the Federal Public Defender's Office to find counsel for Petitioner if Petitioner is financially eligible for appointment of counsel pursuant to 18 U.S.C. § 3006A(a)(2)(B) and ordered the Federal Public Defender's Office to file a notice within seven days of the date of service of the order. (ECF No. 3 at 2.)

    The seven-day deadline has elapsed, and no notice has been filed with the Court.

///

1

Accordingly, the Court HEREBY ORDERS:

1. Within **SEVEN (7) days** of the date of service of this order, the Federal Public Defender's Office SHALL FILE a notice with the Court regarding whether Petitioner is financially eligible for appointment of counsel.

2. The Clerk of the Court shall serve a copy of this order on the Federal Defender, Attention: Habeas Appointment.

IT IS SO ORDERED.

Dated: __**January 7, 2026**__                    /s/ Erica P. Grosjean
                                                                          UNITED STATES MAGISTRATE JUDGE

2