# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN HILARIO SERRANO DE LEON,<br><br>Petitioner,<br><br>v.<br><br>ON HABEAS CORPUS,<br><br>Respondent. | Case No. 1:25-cv-01867-JLT-EPG-HC<br><br>ORDER APPOINTING COUNSEL FOR PETITIONER<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE ORDER ON FEDERAL DEFENDER<br><br>ORDER DIRECTING PARTIES TO FILE JOINT STATEMENT |

Petitioner is an immigration detainee proceeding *pro se* with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On December 23, 2025, the Court "that the interests of justice would be served by the appointment of counsel *if Petitioner is financially eligible* given the complexity of the legal issues involved." (ECF No. 3 at 1–2.) The Court referred the matter "to the Federal Public Defender's Office to find counsel for Petitioner if Petitioner is financially eligible for appointment of counsel pursuant to 18 U.S.C. § 3006A(a)(2)(B)." (Id. at 2.) Petitioner has submitted a financial affidavit demonstrating that he is financially eligible for appointment of counsel pursuant to 18 U.S.C. § 3006A(a)(2)(B). (ECF No. 6.)

Accordingly, the Court HEREBY ORDERS:

1. Counsel is APPOINTED for Petitioner.

1

2. The Clerk of the Court shall serve a copy of this order on the Federal Defender, Attention: Habeas Appointment.

3. Within seven (7) days of the date of service of this order, the Federal Defender, as appointing authority for the Eastern District of California, SHALL:

   a. Identify counsel and send counsel's contact information to undersigned's courtroom deputy Felicia Navarro at FNavarro@caed.uscourts.gov, and counsel will be added as counsel for petitioner, or

   b. If counsel is not with the Federal Defender nor a member of the Eastern District of California Criminal Justice Act Panel, file a motion to appoint counsel as CJA counsel pro hac vice.

4. Within fourteen (14) days of the date of service of this order, counsel for Petitioner shall meet and confer with opposing counsel and the parties shall file a joint statement regarding case management and a proposed briefing schedule.

IT IS SO ORDERED.

Dated:   **January 12, 2026**                    /s/ _Erica P. Grosjean_
                                    UNITED STATES MAGISTRATE JUDGE

2