# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN HILARIO SERRANO DE LEON,<br><br>Petitioner,<br><br>v.<br><br>ON HABEAS CORPUS,<br><br>Respondent. | Case No. 1:25-cv-01867-KES-EPG-HC<br><br>ORDER DIRECTING CLERK OF COURT TO UPDATE DOCKET TO REFLECT KRESTA NORA DALY AS COUNSEL FOR PETITIONER AND TO SERVE ORDER ON FEDERAL DEFENDER |

Pursuant to the order issued on January 13, 2026,[1] (ECF No. 7), the appointing authority for the Eastern District of California has confirmed that attorney Kresta Nora Daly has been appointed as counsel for Petitioner, effective as of January 20, 2026.

Accordingly, the Court HEREBY ORDERS that:

1. The Clerk of Court SHALL update the docket to reflect Attorney Kresta Nora Daly, Barth Daly LLP, PO Box F, Winters, CA 95694, (916) 440-8600, kdaly@barth-daly.com, as counsel for Petitioner in this matter.

2. The Clerk of Court is DIRECTED to serve a copy of this order on the Federal Defender, Attention: Habeas Appointment.

3. In accordance with the Court's previous order (ECF No. 7), Petitioner's appointed counsel is DIRECTED to meet and confer with Respondent's counsel and the parties

---

[1] The order was signed on January 12, 2026, but not docketed until January 13, 2026.

shall file a joint statement regarding case management and a proposed briefing schedule on or before January 27, 2026.

IT IS SO ORDERED.

Dated:   **January 20, 2026**          /s/ *Erica P. Gro...*

UNITED STATES MAGISTRATE JUDGE