IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JUAN HILARIO SERRANO DE LEON,

                Petitioner,

          v.

ON HABEAS CORPUS,

                Respondent.

CASE NO.  1:25-CV-01867-JLT-EPG-HC

ORDER ADOPTING PROPOSED BRIEFING SCHEDULE AND SETTING BRIEFING SCHEDULE

(ECF No. 14)

The Court ORDERS the following briefing schedule:

1. Petitioner's counsel shall confirm representation of Petitioner and, after consultation with Petitioner, shall file any amended habeas petition and/or notice of intent to proceed on the pro se habeas petition on or before April 3, 2026;

2. Respondent shall file their Answer/Return to the Habeas/Amended Habeas Petition, or any Motion to Dismiss, by May 1, 2026;

3. Petitioner shall file a Traverse to the Answer/Return, an Opposition to any Motion to Dismiss, or file a notice indicating Petitioner will rest on the record, within twenty-one (21) days after service of Respondent's filing under paragraph 2; and

4. Respondent may file an optional Reply within fourteen (14) days after service of Petitioner's Traverse/Return/Opposition/Notice. If no Reply has been received within 14 days, the matter will be deemed submitted.

IT IS SO ORDERED.

Dated:    **March 9, 2026**                    /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE