# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN HILARIO SERRANO DE LEON,<br><br>Petitioner,<br><br>v.<br><br>ON HABEAS CORPUS,<br><br>Respondent. | Case No. 1:25-cv-01867-KES-EPG-HC<br><br>ORDER GRANTING PETITIONER'S MOTION TO SHORTEN TIME<br><br>(ECF No. 17) |

On December 15, 2025, Petitioner filed a petition for writ of habeas corpus. (ECF No. 1.) On January 13, 2026, the Court appointed counsel for Petitioner and ordered the parties to file a joint statement regarding case management and a proposed briefing schedule within fourteen days. (ECF No. 7.) On January 29, 2026, the Court granted the parties' motion for a 38-day extension of time to meet and confer and file a proposed briefing schedule. (ECF No. 12.) On March 6, 2026, the parties filed a proposed briefing schedule, which the Court adopted, with an amended petition due April 3, 2026, Respondents' response due May 1, 2026, and Petitioner's reply due within twenty-one days after Respondents' response. (ECF Nos. 14, 15.)

On March 11, 2026, Petitioner filed a substitution of attorney as he had retained new counsel. (ECF No. 16.) On March 27, 2026, Petitioner filed an ex parte motion to shorten time, proposing that Petitioner submit an amended petition by April 1, 2026, Respondent's response be due April 8, 2026, and Petitioner's reply be due by April 10, 2026. (ECF No. 17.) That same day,

Respondent filed an opposition, noting that "[t]here does not appear to be good cause for a shortened briefing schedule" and that a "one-week time frame for Respondents to provide an answer/return . . . is not sufficient time for Respondent to submit a responsive pleading in this case, especially considering Respondent counsel's workload." (ECF No. 18 at 1.) On March 30, 2026, Petitioner filed a reply, noting that U.S. attorneys assigned to habeas cases in the Eastern District have been able to follow expedited briefing schedules and "if seven days are not sufficient to Respondents, Petitioner is willing to agree to provide ten days for Respondents' submission of its answer/return." (ECF No. 19 at 3.)

Given the length of time the petition has been pending, the Court will expedite the briefing schedule to conform to the undersigned's regular schedule in § 2241 immigration detention cases. Accordingly, the Court HEREBY ORDERS that:

1. Petitioner's motion to shorten time (ECF No. 17) is GRANTED IN PART;

2. Petitioner shall file any amended habeas petition and/or notice of intent to proceed on the *pro se* habeas petition on or before April 1, 2026;

3. Within **fourteen (14) days** of the date of service of Petitioner's amended petition or notice, Respondent shall file a response; and

4. Within **fourteen (14) days** of the date of service of Respondent's response, Petitioner may file a reply.

IT IS SO ORDERED.

Dated:    **March 31, 2026**                    /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE

2